| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | LINDA C. ALLISON, #179741 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 "I" Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| | Linda.allison@fd.org |
| 5 | |
| | Attorney for Defendant |
| 6 | HAROLD TIDWELL |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:18-CR-00049-AC |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER |
| | ) | TO CONTINUE TRIAL CONFIRMATION |
| v. | ) | HEARING AND TRIAL DATES |
| | ) | |
| HAROLD TIDWELL, | ) | DATE: April 30, 2018 |
| | ) | TIME: 9:00 a.m. |
| Defendant. | ) | JUDGE: Hon. Allison Claire |
| | ) | |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Eric Chang, Special Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Linda Allison, attorneys for Harold Tidwell that the trial confirmation hearing currently set for April 30, 2018 be continued to September 24, 2018 at 2:00 p.m. Counsel further stipulate that the trial date currently set for May 21, 2018 be continued to October 22, 2018 at 9:00 a.m.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from and including April 30, 2018 through and including October 22, 2018; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare, continuity of counsel] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting

-1-

this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: April 16, 2018             HEATHER E. WILLIAMS
Federal Defender

/s/ *Linda Allison*
LINDA ALLISON
Assistant Federal Defender
Attorney for Defendant
HAROLD TIDWELL

Dated: April 16, 2018

MCGREGOR W. SCOTT
United States Attorney

/s/ *Eric Chang*
ERIC CHANG
Special Assistant United States Attorney
Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED that the trial confirmation hearing currently set for April 30, 2018 be continued to September 24, 2018 at 2:00 p.m. It is further ordered that the trial date currently set for May 21, 2018 be continued to October 22, 2018 at 9:00 a.m.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from the date of this order though October 22, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(1)(D), (h)(7)(A), (B)(iv) and Local Code T4 because it results from a continuance granted by the Court at both parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated: April 27, 2018

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE