| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | LINDA C. ALLISON, #179741 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 "I" Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| | Linda.allison@fd.org |
| 5 | |
| | Attorney for Defendant |
| 6 | HAROLD TIDWELL |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:18-CR-00049-AC |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER |
| | ) | TO VACATE TRIAL CONFIRMATION |
| v. | ) | AND TRIAL DATE AND SET FOR |
| | ) | STATUS HEARING |
| HAROLD TIDWELL, | ) | |
| | ) | DATE: September 24, 2018 |
| Defendant. | ) | TIME: 2:00 p.m. |
| | ) | JUDGE: Hon. Allison Claire |
| | ) | |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Special Assistant United States Attorney ERIC J. CHANG, Assistant Federal Defender LINDA C. ALLISON attorney for HAROLD TIDWELL, that the Court vacate the current trial hearing conference set for September 24, 2018 at 2:00 p.m., vacate the trial date set for October 22, 2018 at 9:00 a.m, and set a new status hearing for October 29, 2018 at 9:00 a.m.

The parties anticipate resolving the case by October 29, 2018. The continuance is requested for defense preparation. The parties agree that the above reasons constitute good cause for a continuance. The parties also agree that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy

trial, because defense counsel needs additional time for preparation and investigation. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

Respectfully submitted,

Dated: September 21, 2018                HEATHER E. WILLIAMS
                                         Federal Defender

                                         /s/ *Linda Allison*
                                         LINDA ALLISON
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         HAROLD TIDWELL

Dated: September 21, 2018                MCGREGOR W. SCOTT
                                         United States Attorney


                                         ERIC J. CHANG
                                         Special Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>HAROLD TIDWELL,<br>　　　　　　Defendant. | NO. 2:18-CR-00049-AC<br><br>[~~PROPOSED~~] ORDER TO VACATE TRIAL CONFIRMATION AND TRIAL DATE AND SET FOR STATUS HEARING |

　　　　Finding good cause, the Court orders the trial confirmation hearing and trial date be vacated and sets a status hearing for October 29, 2018 at 9:00 a.m., before the Hon. Allison Claire; and, excludes time for the reasons set forth above. The Court finds that the ends of justice served by granting the defendants' request for a continuance outweigh the best interest of the public and the defendants in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

DATED: September 21, 2018

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

-3-