McGREGOR W. SCOTT
United States Attorney
ERIC J. CHANG
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 2:18-cr-00049-AC |
|---|---|
| Plaintiff, | ) [~~Proposed~~] ORDER TO DISMISS AND VACATE STATUS CONFERENCE |
| v. | ) |
| HAROLD B. TIDWELL, | ) DATE: October 29, 2018 |
| Defendant. | ) TIME: 9:00 a.m. <br> ) JUDGE: Hon. Allison Claire |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:18-cr-00049-AC without prejudice is GRANTED.

It is further ordered that the status conference scheduled October 29, 2018, at 9:00 a.m. is vacated.

SO ORDERED.

Dated: October 12, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE